# CRIMINAL DOCKET · U.S. District Court

**3:90 CR 0034-G**

MENDOZA, Daniel Alvarez

Page 1F

| Case Filed Mo. Day | Yr. | Docket No. | Def. |
|---|---|---|---|
| | | 00034 | 07 |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 21:841(a)(1) & 18:2 | Distribution of Cocaine, a Schedule II controlled subst., and aiding and abetting. Ct. 32 (3-11-89) Ct.34(3-15-89) Ct.40(4-19-89) CT. 75(8-24-89) | 4 | X | |
| 21:848 | Continuing criminal enterprise. CT.127(on or about 8-30-86) | 1 | X | |
| 18:371 | Conspiracy to transport funds outside of the U.S. Ct. 128 (8-30-86) | 1 | X | |
| **SUPERSEDING INDICTMENT 7-10-91** | | | | |
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute cocaine, a Schedule II controlled subst. Ct. 1 (8-30-86 thru 11-15-90). | 1 | | X |
| 21:843(b) | Use of telephone to facilitate distribution of cocaine, See Page 1G | | | |

SUPERSEDING COUNTS — JURY — N.J.

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF — arrest / sum'ns / custody / appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE — APPLICABLE — Indictment filed/unsealed / consent to Magr. trial on complaint / Information / Felony-W/waiver

KEY DATE — LATEST OF — 1st appears on pending charge /R40 / Receive file R20/21 / Supsdg: Ind Inf / Order New trial

END INTERVAL TWO — KEY DATE — APPLICABLE — Dismissal / Pled guilty / Nolo / Trial (voir dire) began — After N.G. / After nolo

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED on S.T. grounds W.P. WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled / Date Held | | DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | WAIVED / NOT WAIVED / INTERVENING INDICTMENT | Tape Number | | |
| COMPLAINT | | | | | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE: 20 / 21 / 40 / In / Out

## IV. ATTORNEYS

U.S. Attorney or Asst.

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☐ PD.  7 ☐ CD

### BAIL · RELEASE

**PRE-INDICTMENT**
Release Date / Bail Denied / Fugitive / Pers. Rec. / PSA / AMOUNT SET $ / Conditions / Date Set / 10% Dep. / Surety Bnd / Bail Not Made / Collateral / Date Bond Made / 3rd Prty / Other

**POST-INDICTMENT**
Release Date / Bail Denied / Fugitive / Pers. Rec. / PSA / AMOUNT SET $ / Conditions / Date Set / 10% Dep. / Surety Bnd / Bail Not Made / Collateral / Date Bond Made / 3rd Prty / Other

### FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

**CRIMINAL DOCKET · U.S. DISTRICT COURT** — 90 CR 0034-G

| | | |
|---|---|---|
| PO ☐ | | |
| Misd. ☐ | | |
| Felony ☐ | | |

JUVENILE ☐  ALIAS ☐

**MENDOZA, DANIEL ALVAREZ**

Case Filed: 2/15/90   Docket No. 00034   Def. 07

**PAGE 1G**

## I. CHARGES

**OFFENSES CHARGED — ORIGINAL COUNTS**

A Schedule II controlled subst. Ct. 9 (9-27-88), Cts 14, 15 (1-10-89), Ct 16 (2-20-89), Ct 17 (2-22-89), Cts 18, 19, 20 (2-23-89), Ct 22 (2-23-89), Ct. 23 (2-26-89), Ct. 24 (2-28-89), Ct 25 (3-4-89), Cts 26, 27, 28 (3-9-89), Cts 29, 30 (3-10-89), Cts 31, 33 (3-11-89), Ct 35 (4-10-89), Ct 36, 37 (4-15-89), Ct 38 (4-16-89), Ct 39 (4-18-89), Ct 42 (5-5-89), Ct 44 (5-16-89), Ct 45 (5-24-89), Ct 47 (6-5-89), Ct 51 (6-7-89), Ct 54 (6-26-89), Ct 55 (7-7-89), Ct 56 (7-15-89), Ct 57 (7-25-89), Ct 58 (7-27-89), Ct 60 (7-28-89), Ct 61 (8-1-89), Ct 65 (8-18-89), Ct 69 (8-24-89), Cts 72, 75 (8-25-89), Cts 78, 79 (8-26-89), Cts 81, 82, 83

**See Page 1H**

## II. KEY DATE

[Interval One / End One and/or Begin Two / End Interval Two — blank form fields]

## III. MAGISTRATE

[blank form fields]

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

**BAIL · RELEASE** — PRE-INDICTMENT / POST-INDICTMENT [blank]

**FINE AND RESTITUTION PAYMENTS** [blank table: DATE | RECEIPT NUMBER | C.D. NUMBER]

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

# CRIMINAL DOCKET - U.S. District Court

| | | | | | LAST, FIRST, MIDDLE | Case Filed Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|
| PO ☐ | | | ☐ JUVENILE | | MENDOZA, DANIEL ALVAREZ | 2 15 90 | 00034 | 07 |
| Misd. ☐ | | Disp./Sentence | ☐ ALIAS | | | No. of Def's | U.S. MAG. CASE NO. | |
| Felony ☐ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ☐ | PAGE 1H | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. / NG |
|---|---|---|---|
| | (8-29-89), Cts 84, 86, 87 (8-30-89), Cts 88,89 (8-31-89), | | |
| | Cts 90,91,92 (9-2-89), Ct 94 (9-5-89), Cts 8X,95,96,97,98 | | |
| | (9-8-89), Cts 100,101 (9-9-89), Ct 102 (9-10-89), Ct 105 | | |
| | (9-11-89), Ct 106 (9-16-89), Ct 107,108,109,110 (9-17-89), | | |
| | Cts 111,113 (9-18-89), Ct 114 (9-20-89), Cts 115, 116 | | |
| | (9-30-89), Ct 117, 10-22-89), Ct 119 (11-4-89), Ct 120 | | |
| | (11-13-89). | 75 | |
| 21: 841(a)(1) & 18:2 | Distribution of cocaine, a Schedule II controlled subst. and aiding & abetting. Ct. 21 (2-23-89), Ct. 32 (3-11-89), Ct. 34 (3-15-89), Ct. 40 (4-19-89), Ct. 64 (8-3-89), Ct. 71 (8-24-89). | 6 | |

See Page 1I   SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE — APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg: ☐ Ind ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: ☐ Dismissed ☐ Pled guilty (After N.G. / After nolo) ☐ Nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED on S.T. grounds ☐ W.P. ☐ WOP | on def motion / on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: ☐ DISMISSED |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION or REMOVAL HEARING | Date Scheduled ▶ / Date Held ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | | ☐ WAIVED  ☐ NOT WAIVED | Tape Number | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE  20  21  40  In  Out

## IV. ATTORNEYS

U.S. Attorney or Asst.

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non / Other.  6 ☐ PD.  7 ☐ CD

### BAIL • RELEASE

**PRE-INDICTMENT**

Release Date / ☐ Bail Denied / AMOUNT SET $ / Date Set / ☐ Bail Not Made / Date Bond Made

☐ Fugitive  ☐ Pers. Rec.  ☐ PSA  Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**

Release Date / ☐ Bail Denied / AMOUNT SET $ / Date Set / ☐ Bail Not Made / Date Bond Made

☐ Fugitive  ☐ Pers. Rec.  ☐ PSA  Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

## FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

APPEALS FEE PAYMENTS

# CRIMINAL DOCKET · U.S. District Court

**3:90-CR-0034-G**

MENDOZA, DANIEL ALVAREZ

Case Filed: 2/15/90
Docket No.: 00034
Def.: 07

PAGE 1I

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:848 | Continuing criminal enterprises. Ct 121 (8-30-86 thru 7-10-91). | 1 | NG ✓ |
| 18:371 | Conspiracy to transport funds outside of the U.S. Ct. 122 (8-30-86 thru 7-10-91) | 1 | ✗ |

## II. KEY DATE

(blank form fields)

## III. MAGISTRATE

(blank form fields)

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

BAIL ♦ RELEASE — PRE-INDICTMENT / POST-INDICTMENT (blank)

FINE AND RESTITUTION PAYMENTS (blank)

Docket Entries Begin On Reverse Side

| DATE DOCUMENT NO. | V. PROCEEDINGS | EXCLUDABLE DELAY Start Date/End Date | Ltr. Code | Total Days |
|---|---|---|---|---|
| **1990** | | | | |
| Feb 15 | **INDICTMENT(Sealed)** gs | | | |
| Feb 16 | Issued WARRANT FOR ARREST. gs | | | |
| Nov 15 | **SUPERSEDING INDICTMENT** (Supersedes Indictment filed on February 15, 1990) gs | | | |
| Nov 19 | Issued WARRANT FOR ARREST ns | | | |
| Dec 11 | GOVERNMENT'S MOTION TO DISMISS ns | | | |
| Dec 11 | **ORDER**... that the original indictment filed on February 15,1990 is hereby DISMISSED pursuant to the superseding indictment filed on November 15, 1990.<br>   Dist 12/14 - dkt 12/14/90 gs | | | |
| Dec 12 | MOTION TO UNSEAL (Govt.) gs | | | |
| | **ORDER**...that this indictment is unsealed as to this defendant.<br>   Dist 12/13 - dkt 12/14/90 AJF/gs | | | |
| Dec 12 | **ORDER OF TEMPORARY COMMITMENT**...Detention Hrg 12/14/90, 3:30 p.m. JEJ/ns | | | |
| Dec 13 | RETURN ON WARRANT - date of arrest 12/12/90, by William J. Meredith, Special Agnet FBI, Dallas. ns | 12-12-90<br>12-12-90 | H | 1 |
| Dec 13 | MOTION TO CONTINUE DETENTION HEARING BY DANIEL ALVAREZ MENDOZA ns | 12-13-90 | | |
| Dec 14 | **ORDER**...It is **ORDERED** that detention hrg is continued, & said detention hrg is set 12/19/90 at 2 p.m. JEJ/ns order dist. | 12-14-90 | E | 1 |
| Dec 17 | MOTION FOR DETENTION (govt) ns | 12-17-90 | | |
| Dec 18 | **M.E.**...ARRAIGNMENT; Tom Zachry for deft. Deft cont in custody. Deft waived reading of Indictment. Plea - Not Guilty. Trial set for 4 week docket beginning 2/4/91. PTO to issue. AJF/ns | | | |
| Dec 18 | **PRETRIAL ORDER**...Setting case for trial 2/4/91; setting deadlines for filing pretrial materials; & Notice **SANCTIONS** will be imposed if pretrial requirements not met. See Order for specifics. AJF/ns<br>cys: judge, ausa, cnsl, pt, pb, usm, marie  12/19/90<br>dktd 1/7/91 | | E | 14 |
| Dec 31 | **DETENTION ORDER**...IT IS ORDERED that deft. be committed to custody of Attorney General. IT IS FURTHER ORDERED that person in charge of corrections facility shall deliver deft. to USM for court proceeding. JEJ/bw<br>cys: judge, ausa, pt, pb, usm, counsel, marie<br>(dkt'd 1/7/91) | 12-31-90 | | |
| **1991** | | | | |
| Jan 10 | **PRETRIAL ORDER**...setting deadlines for filing of pretrial material; setting case for trial on Court's four-week docket beginning Mar 4, 1991; a final pretrial conference is set for Fri, Mar 1, 1991 at 3:00 p.m.; SANCTIONS will be imposed if these pretrial requirements are not met.<br>dkt'd 1-11-91 cys to Judge, AUSA, PT, PB, USM, Marie & deft's cnsl AJF/bs | | | |

CONTINUED TO PAGE 3

| DATE 1991 | PROCEEDINGS (continued) —(Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| Jan 8 | GOVERNMENT'S MOTION FOR CONTINUANCE AND FOR CERTIFICATION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161 (h)(8)(B)(ii).                              gs | 1-8-91 | | E | 7 |
| JAN 15 | ORDER......the govt motion requesting a continuance of the trial is granted the trial is set for 9-3-91.<br>   dktd 1-17-91<br>   cy Judge, ausa, pt, pb, usm, atty and Marie      AJF/vp | | 1-15-91 | | |
| JAN 16 | AMENDED PRETRIAL ORDER.......the court's 1-10-91 pretrial order is **vacated**. This case is set for trial on 9-3-91; by 8-2-91 the govt shall provide full discovery to each deft by 8-2-91 each deft shall provide full discovery to the govt.  by 8-2-91 the govt shall provide each with all of the exculpatory evidence is possesses.  by 8-10-91 all pretrial motions shall be filed. by 8-17-91 the govt's response to the pretrial motions shall be filed and any reply by deft by 8-23-91; by 8-23-91 all pretrial motions shall be filed; a final pretrial conf is set for 8-30-91 at 3p.m.; SANCTIONS WILL BE IMPOSED IF THESE PRETRIAL REQUIRE-MENTS ARE NOT MET..           dktd 1-17-91<br>   cy Judge, AUSA, PT, PB, USM, Atty and Marie      AJF/vp | | 3-16-91<br>9-3-91 | T | 172 |
| Feb 27 | GOVERNMENT'S MOTION FOR INQUIRY CONCERNING STATUS OF LEGAL REPRESENTATION OF CERTAIN DEFENDANTS.     gs | | | | |
| Mar 5 | ORDER... that this deft be brought before this ct for a hearing to be held to make further inquiry as to the status of the legal representation of each dft and a hearing has been scheduled for 3-12-91 at 1:45 p.m.<br>   Dist 3-7 dkt 3-12                           AJF/gs | | | | |
| Mar 12 | **Sealed** - Motion.                                gs | | | | |
| Mar 12 | **Sealed** - Order.                                 gs | | | | |
| Mar 15 | **Sealed** - Motion.                                gs | | | | |
| Mar 15 | **Sealed** - Order.                                 gs | | | | |
| MAR 13 | SEALED - Order.                                     vp | | | | |
| MAR 12 | M. E.....LEGAL REPRESENTATION HEARING. Inter. Steve Montgomery sworn. Court advised deft's of right of court appointed cnsl or their right to represent themselves; Court inquired of each deft. what the status or their legal representation was. Deft Daniel Mendoza stated that he is currently securing the service of Tom Zachry; Court requested the Deft. to obtain Mr. Zachry's entry of appearance in this case within 2 weeks or to let the court know of his inability to do so immediately.                       vp | | | | |

SEE NEXT PAGE

| UNITED STATES DISTRICT COURT | MENDOZA, DANIEL ALVAREZ | PG 4 | CR3-90-0034-G |
|---|---|---|---|
| CRIMINAL DOCKET | | | |

AO 256A

| DATE | PROCEEDINGS (continued) <br> (Document No.) | V. EXCLUDABLE DELAY |||| 
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| **1991** | | | | | |
| JUL 10 | **SUPERSEDING INDICTMENT** (Supersedes superseding indictment of 11-15-90).  gj | | | | |
| JUL 15 | MOTION TO UNSEAL (Govt).  gj | | | | |
| | **ORDER TO UNSEAL**...that the superseding indictment filed 7-10-91 is unsealed as to the named defts only. <br> Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. <br> (dktd 7-19-91).  AJF/gj | | | | |
| JUL 26 | AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt).  gj | | | | |
| JUL 31 | **ORDER**...that this case is continued and is hereby rescheduled and set for trial on 1-6-92 at 9 am. <br> Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. <br> (dktd 8-1-91).  AJF/gj | | 9-4-91 <br> 1-6-92 | T | 119 |
| AUG 1 | **SECOND AMENDED PRETRIAL ORDER**...that the court's 1-16-91 amended PT order is VACATED...case is reset on 4-wk dkt beg. 1-6-92...by 12-6-91 all parties shall provide full discovery, the govt shall provide deft w/exculpatory evidence, govt shall provide Jencks Act material... by 12-13-91 all PT mtns shall be filed...by 12-20-91 govt's response to PT mtns shall be filed...by 12-27-91 reply by defts shall be filed...by 12-27-91 all PT materials shall be filed...final PT conf set for 1-3-92 at 3 pm (See order for specifics). <br> Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. <br> (Dkt. 8-2-91).  AJF/gj | | | | |
| AUG 5 | AMENDED AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt).  gj | | | | |
| AUG 5 | **AMENDED ORDER**...that this case is continued and is rescheduled and set for trial on 1-6-92 at 9 am. <br> Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. <br> (dktd 8-7-91).  AJF/gj | | | | |
| Oct 30 | MOTION (Govt.)  gs | | | | |
| | **ORDER**... that the deft be release to the U.S. Marshal and to SA of the FBI for transferral to the U.S. Attorney's Office for such time as necessary and then to be returned to the custody of the U.S. Marshal <br>   Dist 10/30/91  AJF/gs | | | | |
| NOV 26 | MOTION FOR PRE-TRIAL RELEASE OF DEFENDANT AND TO VACATE DETENTION ORDER AND BRIEF <br> OR | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

Case 3:90-cr-00034-G   Document 26-3   Filed 02/14/90   Page 8 of 13   PageID 33

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

Page 5

AO 256A

MENDOZA, DANIEL ALVEREZ

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| **1991** NOV 26 * | **ORDER SETTING CONDITIONS OF RELEASE**...see order for specifics cpy Judge,AUSA,PB,PT,USM,Cnsl,Marie<br><br>WAIVER AND RELEASE OF ANY CONFLICT OF INTEREST IN ATTORNEY/CLIE ATTORNEY/CLIENT RELATIONSHIP.<br><br>ENTRY OF APPEARANCE OF COUNSEL..Randy Myers<br><br>ENTRY OF APPEARANCE OF COUNSEL...Tom Zachry | | | | |
| Nov 27 | SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)...PSI by noon 12-31-91; written obj to PSI by 1-14-92; addendum by 1-21-92; written Obj to addendum by 1-28-92 & Sentencing set for 2-4-92 @ 1:45.  dkt 11-29-91          AJF:svc cpy Judge,AUSA,PT,PB,USM,Cnsl,Marie | | | | |
| NOV 26 * | M.E...Attorneys present.  Deft. entered a plea of guilty to Count I of superseding indictment.  Sentencing is set for 2/4/92; PSR ordered prepared.  Deft. was ordered to pay 10% of $5,0000 cash surey with other conditions of his release.                              jb<br><br>PLEA AGREEMENT                                        jb<br><br>FACTUAL RESUME                                        jb | | | | |
| **1992** JAN 10 | **ORDER**...Court's order setting sentencings is VACATED. New sentencing date will be set at the conclusions of trial on the remaining defts'.  dkt 1-13-92 Cpy Judge,AUSA,PT,PB,USM,Cnsl,Marie        AJF:Svc | | | | |
| FEB 25 | **SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)**... PSI by 3-24-92; written obj to PSI by 4-7-92; addendum by noon 4-14-92; written Obj to addendum by 4-21-92 & Sentencing set for 4-28-92 @ 1:45 cpy Judge,AUSA,PT,PB,USM,Cnsl,Ester/dkt 2-26-92   AJF:svc | | | | |
| MAR 2 | **ORDER**...Order of 2-25-92 is vacated. cpy Judge,AUSA,PT,PB,USM,Cnsl,Ester/dkt 3-6-92    AJF:svc | | | | |
| Dec 11 | AMENDED SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINE SENTENCING)...PSI by 12-15-92; obj to PSI by 12-29-92; Addendum to PSI by 1-5-93; obj to addendum by 1-12-93; sentencing 2-2-93 @ 1:45 Cpy Judge,AUSA,PT,PB,USM,Cnsl,Esther/dkt  12-14-92  AJF/mr | | | | |

**SEE NEXT PAGE**

Case 3:90-cr-00034-G   Document 26-3   Filed 02/14/90   Page 9 of 13   PageID 34

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs

AO 256A

MENDOZA, DANIEL ALVAREZ     PAGE 6

3:90-CR-034-G   07
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| **1993** | | |
| JAN 13 | **ORDER**...sentencing is scheduled for Tuesday, Jan. 26, 1993 at 9:00 a.m. Dist 1/13- dktd 1/14     AJF/cab | |
| Jan 12 | GOVERNMENTS MOTION FOR DOWNWARD DEPARTURE IN THE SENTENCING GUIDELINES PURSUANT TO SECTION 5K. 1 AND TITLE 18, UNITED STATES CODE, SECTION 3553 (e).   mr | |
| Jan 26 | M.E. Deft. sentenced.     AJF/dh  **JUDGMENT IN A CRIMINAL CASE** ... Deft. sent. on count 1 of the 125 count 2nd Superseding Indictment filed 7/10/91 to 144 months; deft. to be given credit for any time served in federal custody on this charge...report by 2 PM on 2/16/93...placed on supervised release for 5 years with 4 special conditions...remaining counts are dismissed...pay $50 MSA.  dkt'd 1/29/93   AJF/dh copies to counsel,pt.,prob.,marshal & EV | |
| Feb 19 | MOTION TO EXTEND SURRENDER DATE OF DANIEL ALVAREZ MENDOZA     cb  **ORDER**....granting mtn to extend surrender date..... said surrender for service of sentence as to said deft is hereby set on the 3/16/93 @ 2:00. D-2/22/93, dkt'd 2/23/93     AJF/cb | |
| Mar 16 | MOTION TO EXTEND SURRENDER DATE OF DANIEL ALVAREZ MENDOZA     cb | |
| Mar 16 | **ORDER**....ordered that surrender date is hereby extended 30 days or until Daniel Alvarez Mendoza receives notices of designation from BOP through USM's Serice and service of sentence as to said deft is hereby executed. D-3/19/93, dkt'd 3/19/93     AJF/cb | |
| Apr 1 | REQUEST FOR RELEASE OF BOND MONEY     cb | |
| Nov 22 | MOTION FOR REFUND OF CASH DEPOSIT     cb | |
| Nov 29 | **ORDER**....clerk of court draw check on US Treasury, payable to Orpha Mendoza for the sum of $5,000. D/dkt'd 11/30/93     AJF/cb | |
| **1994** | | |
| Jun 17 | **ORDER AND INSTRUCTIONS TO PARTIES IN A MOTION UNDER 28 USC section 2255 (Assigned Civil #3:94-CV-1270-G)**  **MOTION TO VACATE.** Mailed copy of order to movant & AUSA w/copy of motion.     cb | |

UNITED STATES DISTRICT COURT | Page 7 | 3:90-CR-034-G (7)
CRIMINAL DOCKET  U. S. vs MENDOZA, DANIEL ALVAREZ

AO 256A | Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| **1994** | | |
| Jun 22 | ORIGINAL FILE referred to Magistrate                cb | |
| Aug 10 | GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PETITIONER'S MOTION FILED PURSUANT TO 28 USC §2255.                                             ag | |
| Aug 11 | ORDER granting motion for enlargement of time to 9/12/94. Cys to Pet. and Resp.                              JBT/ag | |
| Aug 16 | TRANSCRIPT of Sentencing before the Honorable A. Joe Fish on 1/26/93. Court Reporter Cassidi L. Casey, CSR No. 1703.                                           ag | |
| Aug 22 | Pet.'s MOTION FOR ENLARGEMENT OF TIME.              ag | |
| Sep 12 | GOVERNMENT'S RESPONSE TO PETITIONER'S MOTION UNDER 28 USC §2255.                                             ag | |
| **1996** | | |
| Feb 2 | FINDINGS, CONCLUSIONS AND RECOMMENDATION OF U. S. MAGISTRATE JUDGE. A copy of Findings and Recommendation mailed to parties, along with copy of letter explaining they have 10 days to file any written objection. Case referred back to Court.                          JBT/ag | |
| FEB 6 | FILE TO JUDGE FISH | |
| 2/29/96 | **FINDINGS OF THE COURT**...findings and conclusions of the magistrate judge are adopted as the findings and conclusions of the Court   dkt'd 3/27/96      AJF/cjb | |
| 2/29/96 | **JUDGMENT**...it is ORDERED, ADJUDGED and DECREED that this action is hereby DISMISSED on the merits and all relief requested is hereby denied  dkt'd 3/27/96                                                    AJF/cjb | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

# CRIMINAL DOCKET - U.S. District Court

**C3-90-034-G**

| | | | | | | | | | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|
| PO | 0539 | 03 | 3918 | JUVENILE | PEREZ, HILARIO | | 2 15 90 | | 00034 | 06 |
| Misd. | | | Disp/Sentence 3918 | ALIAS | Supersed. Indic. as Hilario Gonzalez-Balderas, Sr. a/k/a Hilario Perez a/k/a Mr. Perez | APPEAL | | No. of Def's | U.S. MAG. CASE NO. MAY 31 1992 | |
| Felony | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | | | | 96-10276 | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| 21:846 | Conspiracy, pertaining to the possession with Intent to distribute Cocaine, a Schedule II controlled subst. Ct. 1 (8/86 - 11/89) | 1 | X |
| **SUPERSEDING INDICTMENT 11-15-90** | | | |
| 21:846 | Conspiracy to the possession with intent to distribute Cocaine, a Schedule II controlled substance. Ct. 1 (8-30-86 thru 11-15-90) | 1 | X |
| 21:848 | Continuing criminal enterprise. (8-30-86 thru 11-15-90) | 1 | X |
| 18:371 | Conspiracy to transport funds outside the U.S. Ct. 128 (8-30-86 thru 11-15-90) | 1 | X |
| **SUPERSEDING INDICTMENT 7-10-91** | See Page 1A | SUPERSEDING COUNTS | |

## II. KEY DATE

- **INTERVAL ONE** — KEY DATE / EARLIEST OF: arrest, sum'ns, custody, appears-on complaint
- **END ONE AND/OR BEGIN TWO** — KEY DATE 12-12-90 APPLICABLE / ARRAIGNMENT: xx Indictment filed/unsealed, consent to Mgr. trial on complaint, Information, Felony-W/waiver
- **KEY DATE** 7-10-91 / 11-15-90: a) 1st appears on pending charge /R40, b) Receive file R20/21, c) Supsdg. Ind. Inf, d) Order New trial, e) Remand, f) G/P Withdrawn
- **END INTERVAL TWO** — KEY DATE 1-15-92 APPLICABLE: Dismissal, Pled guilty (After N.G.), Nolo (After nolo), Trial (voir dire) began, Jury / N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 1-15-92 | SENTENCE DATE 5-19-91 | PTD, Nolle Pros. | FINAL CHARGES DISMISSED: on S.T. grounds, W.P., WOP | on def motion, on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE | INITIAL/NO. | OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled / Date Held | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | 2/16/90 | HBS/3914 | WAIVED / NOT WAIVED / INTERVENING INDICTMENT | Tape Number | |
| COMPLAINT | | | | | | |

Date of Arrest — OFFENSE (In Complaint): NLTO: 3-14-91; 3-20-91; 9-3-91; 1-6-92   6:372   N: 70

Show last names and suffix numbers of other defendants on same indictment/information:
See attached page for other defts.

RULE: 20 21 40 In Out

## IV. ATTORNEYS

**U.S. Attorney or Asst.**  Mark D. McBride, AUSA.

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Mike Degeurin
909 Fannin, Suite 590
Houston, TX 77010

Rachel Capote
1300 Main, Suite 1415
HOUSTON, TX 77002
(713) 222-6681

Hilario Gonzalez Balderas
55110-079
Florence H/S
PO BOX 7000 Unit B/A
Florence, CO 81226

2-13-96:
2650 Roosevelt St
Brownsville, TX 78520

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date
- Bail Denied — Fugitive / Pers. Rec. / PSA
- AMOUNT SET $
- Date Set
- Bail Not Made
- Date Bond Made
- Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other

**POST-INDICTMENT**
- Release Date
- Bail Denied — Fugitive / Pers. Rec. / PSA
- AMOUNT SET $
- Date Set
- Bail Not Made
- Date Bond Made
- Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS $105
#300-45212  4/14/96  90634
$105.

# CRIMINAL DOCKET — U.S. District Court

**3-90 CR 0034-G**

PO ☐  Misd. ☐  Felony ☐

JUVENILE ☐  ALIAS ☐

PEREZ, HILARIO
Supersed. Indic. as Hilario Gonzalez-Balderas, Sr. aka Hilario Perez aka Mr. Perez

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute cocaine, a Schedule II controlled subst. Ct. 1 (8-30-86 thru 11-15-90). | 1 | |
| 21:848 | Continuing criminal enterprises. Ct. 121 (8-30-86 thru 7-10-91) | 1 | |
| 18:371 | Conspiracy to transport funds outside of the U.S. Ct. 122 (8-30-86 thru 7-10-91) | 1 | |

SUPERSEDING COUNTS

## II. KEY DATE

INTERVAL ONE — KEY DATE EARLIEST OF: arrest / sum'ns / custody / appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE APPLICABLE: Indictment filed/unsealed / consent to Magr. trial on complaint / Information / Felony-W/waiver

KEY DATE: a) 1st appears on pending charge /R40  b) Receive file R20/21  c) Supsdg: Ind't/Inf  d) Order New trial  e) Remand  f) G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: Dismissed / Pled guilty (After N.G. / After nolo) / Nolo / Trial (voir dire) began — Jury / N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD / Nolle Pros. | FINAL CHARGES DISMISSED: on S.T. grounds / W.P. / WOP — on def motion / on gov't motion

## III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION — Date Scheduled / OR / REMOVAL HEARING — Date Held
☐ WAIVED  ☐ NOT WAIVED
☐ INTERVENING INDICTMENT
Tape Number

OUTCOME: ☐ DISMISSED  ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT  ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE: 20  21  40  In  Out

## IV. ATTORNEYS

U.S. Attorney or Asst.

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

### BAIL • RELEASE

**PRE-INDICTMENT**
Release Date / Bail Denied / Fugitive / Pers. Rec. / PSA
AMOUNT SET $
Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
Date Set
Bail Not Made
Date Bond Made

**POST-INDICTMENT**
Release Date / Bail Denied / Fugitive / Pers. Rec. / PSA
AMOUNT SET $
Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
Date Set
Bail Not Made
Date Bond Made

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr. | Docket No. | Def. | CR 3-90-034 C | PAGES _ OF _ | EXCLUDABLE DELAY Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|---|---|---|---|

PROCEEDINGS DOCKET FOR SINGLE DEFENDANT

**V. PROCEEDINGS**

| 1990 | |
|---|---|
| Feb 15 | INDICTMENT. (Sealed)                                                gs |
| Feb 16 | Issued WARRANT FOR ARREST.                                          gs |
| Nov 15 | **SUPERSEDING INDICTMENT** (Supersedes Indictment filed on February 15, 1990)                                                gs |
| Nov 19 | Issued WARRANT FOR ARREST.                                          gs |
| Dec 11 | GOVERNMENT'S MOTION TO DISMISS.                                     ns |
| Dec 11 | ORDER...that the original indictment filed on February 15, 1990 is hereby DISMISSED pursuant to the superseding indictment filed on November 15, 1990.<br>    Dist 12/14 - dkt 12/14/90                                   gs |
| Dec 12 | MOTION TO UNSEAL  (Govt.)                                           gs |
|  | ORDER...that this indictment is unsealed as to this defendant.<br>    Dist 12/13 - dkt 12/14/90.                               AJF/gs |
| Dec 26 | RETURN ON WARRANT - date of arrest 12/12/90, by SA FBI.  ns |
| **1991** | |
| Jan 10 | PRETRIAL ORDER...setting deadlines for filing of pretrial material; setting case for trial on Court's four-week docket beginning Mar 4, 1991; a final pretrial conference is set for Fri, Mar 1, 1991 at 3:00 p.m.; SANCTIONS will be imposed if these pretrial requirements are not met. dkt'd 1-11-91 cys to Judge, AUSA, PT, PB, USM, Marie & deft's cnsl                                                 AJF/bs |
| ** Jan 8 | M.E. - ARRAIGNMENT - w/cnsl P. Nugent for Degeurin. Interp. used waived reading on Ind., Pled NG and trial set for week of 3-4-91. PTO to issue. Deft continued in CUSTODY. Dft warned of hazards of dual representation.          gs   1-8-91 / 1-8-91   H   1 |
| JAN 15 | ORDER......the govt motion requesting a continuance of the trial is granted the trial is set for 9-3-91.<br>   dktd 1-17-91<br>   cy Judge, ausa, pt, pb, usm, atty and Marie      AJF/vp |
| JAN 16 | **AMENDED PRETRIAL ORDER**.......the court's 1-10-91 pretrial order is **vacated**. This case is set for trial on 9-3-91; by 8-2-91 the govt shall provide full discovery to each deft by 8-2-91 each deft shall provide full discovery to the govt. by 8-2-91 the govt shall provide each with all of the exculpatory evidence is possesses. by 8-10-91 all pretrial motions shall be filed. by 8-17-91 the govt's response to the pretrial motions shall be filed and any reply by deft by 8-23-91; by 8-23-91 all pretrial motions shall be filed; a final pretrial conf is set for 8-30-91 at 3p.m.; SANCTIONS WILL BE IMPOSED IF THESE PRETRIAL REQUIRE-MENTS ARE NOT MET..     dktd 1-17-91<br>   cy Judge, AUSA, PT, PB, USM, Atty and Marie       AJF/vp   3-21-91 / 9-3-91   T4   167 |

SEE NEXT PAGE

CONTINUED TO PAGE