| DATE DOCUMENT NO. | MASTER DOCKET - MULTIPLE DEFENDANT CASE    PAGE ___ OF ___ <br> PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | EXCLUDABLE DELAY Start Date/End Date | Ltr. Code | Total Days |
|---|---|---|---|---|
| | (OPTIONAL) Show last names of defendants    **V. PROCEEDINGS** | | | |
| **1990** | | | | |
| Feb 15 | **INDICTMENT** (Sealed)                          gs | | | |
| Feb 16 | Issued WARRANT FOR ARREST.             gs | | | |
| Nov 15 | **SUPERSEDING INDICTMENT** (Supersedes Indictment filed on February 15, 1990)      gs | | | |
| Nov 19 | Issued WARRANT FOR ARREST.      gs | | | |
| Dec 11 | GOVERNMENT'S MOTION TO DISMISS      ns | | | |
| Dec 11 | **ORDER**...that the original indictment filed on February 15, 1990 is hereby DISMISSED pursuant to the superseding indictment filed on November 15, 1990. <br>      Dist 12/14 - dkt 12/14/90      gs | | | |
| Dec 12 | **MOTION TO UNSEAL** (Govt.)      gs <br><br> **ORDER**...that this indictment is unsealed as to this defendant. <br>      Dist 12/13 - dkt 12/14/90.      AJF/gs | | | |
| Dec 13 | ORDER SETTING CONDITIONS OF RELEASE - Personal Recognizance.      JEJ/bw <br> cys: pretrial, marie | 12-13-90 <br> 12-13-90 | H | 1 |
| Dec 14 | **RECEIPT OF PASSPORT**...Passport No. B0849217 for deft. Salazar-Cavazos received this date from Pretrial Services (placed in exhibit room).      bw | | | |
| Dec 17 | RETURN ON WARRANT - date of arrest 12/13/90, by Deputy USM.    ns | | | |
| Dec 18 | M.E....Arraignment. Interpreter used. No atty present. Deft affirmed that he wished to proceed w/o an atty. Deft waived reading of Indictment. Plea - Not Guilty. Trial set for 4 week docket beginning 2/4/91; PTO to issue. Deft cont on PR.      AJF/ns | 12-18-90 <br> 12-18-90 | H | 1 |
| | **PRETRIAL ORDER**...Setting case for trial 2/4/91; setting deadlines for filing pretrial materials; & Notice **SANCTIONS** will be imposed if pretrial requirements not met. See Order for specifics.      AJF/ns <br> dist 12/19/90; dktd 1/7/91 (cy to Evans 1/7/91) | | | |
| **1991** ** | | | | |
| Jan 10 | **PRETRIAL ORDER**...setting deadlines for filing of pretrial material; setting case for trial on Court's four-week docket beginning Mar 4, 1991; a final pretrial conference is set for Fri, Mar 1, 1991 at 3:00 p.m.; SANCTIONS will be imposed if these pretrial requirements are not met. dkt'd 1-11-91 cys to Judge, AUSA, PT, PB, USM, Marie & deft's cnsl      AJF/bs | 2-21-91 <br> 3-4-91 | H | 12 |
| *Jan 8 | GOVERNMENT'S MOTION FOR CONTINUANCE AND FOR CERTIFICATION PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161 (h)(8)(B)(ii).      gs | | | |

**SEE NEXT PAGE**

CONTINUED TO PAGE ___

**CRIMINAL DOCKET · U.S. District Court** — 3-90 CR 0034-G — RICARDO SALAZAR-CAVAZOS — Page 1A

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. | N.G. |
|---|---|---|---|---|
| **SUPERSEDING INDICTMENT 11-15-90** | | | | |
| 21:846 | Conspiracy to the possession with intent to distribute Cocaine, a Schedule II controlled substance. CT. 1 (8-30-86 thru 11-15-90) | 1 | X | |
| 21:843(b) | Use of telephone to facilitate felony drug violations. Ct. 18(2-23-89) Ct.20(2-23-89) Ct.21(2-23-89) Ct.30(3-10-89) Ct.39(4-18-89) | 5 | X | |
| 21:841(a)(1) & 18:2 | Distribution and possession with intent to distribute Cocaine and aiding and abetting. Ct.32(3-11-89) Ct. 34 (3-15-89) Ct.40 (4-19-89) | 3 | X | |
| | See Page 1B | SUPERSEDING COUNTS | | |

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: arrest / sum'ns / custody / appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE — APPLICABLE: Indictment filed/unsealed / consent to Magr. trial on complaint / Information / Felony-W/waiver

KEY DATE: a) 1st appears on pending charge /R40  b) Receive file R20/21  c) Supsdg: Ind Inf  d) Order New trial  e) Remand  f) G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: Dismissal / Pled guilty {After N.G. / Nolo {After nolo / Trial (voir dire) began  Jury  N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD / Nolle Pros. | FINAL CHARGES DISMISSED: on S.T. grounds / W.P. / WOP / on def motion / on gov't motion

## III. MAGISTRATE

Search Warrant — Issued / Return
Summons — Issued / Served
Arrest Warrant Issued
COMPLAINT
Date of Arrest
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE
PRELIMINARY EXAMINATION / REMOVAL HEARING — Date Scheduled / Date Held
WAIVED / NOT WAIVED / INTERVENING INDICTMENT
Tape Number

OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE 20 21 40 In Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

**BAIL · RELEASE**

PRE-INDICTMENT
Release Date
Bail Denied / Fugitive / Pers. Rec. / PSA
AMOUNT SET $
Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
Date Set
Bail Not Made
Date Bond Made

POST-INDICTMENT
Release Date
Bail Denied / Fugitive / Pers. Rec. / PSA
AMOUNT SET $
Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other
Date Set
Bail Not Made
Date Bond Made

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS — Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

**CRIMINAL DOCKET · U.S. District Court**  3:90 CR 0034-G

SALAZAR-CAVAZOS, RICARDO

Case Filed: 2/15/90 | Docket No. 00034 | Def. 19

**PAGE 1B**

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | SUPERSEDING COUNTS | DISM. / NG |
|---|---|---|---|---|
| **SUPERSEDING INDICTMENT 7-10-91** | | | | |
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute cocaine, a Schedule II controlled subst. Ct. 1 (8-30-86 thru 11-15-90). | | 1 | X |
| 21:843(b) | Use of telephone to facilitate distribution of cocaine, A Schedule II controlled subst. Ct. 18, 20 (2-23-89), Ct. 30 (3-10-89), Ct. 39 (4-18-89). | | 4 | X |
| 21:841(a)(1) | Possess with intent to distribute cocaine, a Schedule II controlled substance and aiding & abetting. Ct. 21 (2-23-89), Ct. 32 (3-11-89), Ct 34 (3-15-89), Ct. 40 (4-19-89). | | 4 | X |

## II. KEY DATE

(form fields — blank)

## III. MAGISTRATE

(form fields — blank)

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

**BAIL • RELEASE**

PRE-INDICTMENT / POST-INDICTMENT (form fields — blank)

FINE AND RESTITUTION PAYMENTS (blank)

Docket Entries Begin On Reverse Side

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET — U.S. vs SALAZAR-CAVAZOS RICARDO — Page 3 — 90 00034 19

AO 256A

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1991 | | | | | |
| Jan 15 | **ORDER**...the govt motion requesting a continuance of trial is GRANTED and trial is set for 9-3-91. dist 1-17/dkt 1-17-91.    AJF/gs | | | | |
| Jan 16 | **AMENDED PRETRIAL ORDER**... the court's 1-10-91 pretrial order is VACATED. This case is set for trial on 9-3-91; by 8-2-91 govt shall provide full discovery to each deft and by 8-2-91 each deft shall provide full discovery to the govt. By 8-2-91 the Govt., shall provide each deft with exculpatory evidence; by 8-10-91 all pretrial motions shall be filed; by 8-17-91 the Govt's response to pretrial motions is due; and any reply by dft due by 8-23-91; by 8-23-91 all pretrial materials are due. A FINAL PRETRIAL CONFERENCE is set for for 8-30-91 at 3:00 p.m. Dist 1-15-91/dkt 1-17-91    AJF/gs | | 3-5-91 / 9-3-91 | 74 | 183 |
| JUL 10 | **SUPERSEDING INDICTMENT** (Supersedes superseding indictment of 11-15-90).    gj | | | | |
| JUL 15 | MOTION TO UNSEAL (Govt).    gj | | | | |
| | **ORDER TO UNSEAL**...that the superseding indictment filed 7-10-91 is unsealed as to the named defts only. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 7-19-91).    AJF/gj | | | | |
| JUL 26 | AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt).    gj | | | | |
| JUL 31 | **ORDER**...that this case is continued and is hereby rescheduled and set for trial on 1-6-92 at 9 am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 8-1-91).    AJF/gj | | 9-4-92 / 1-6-92 | 74 | 125 |
| AUG 1 | **SECOND AMENDED PRETRIAL ORDER**...that the court's 1-16-91 amended PT order is VACATED...case is reset on 4-wk dkt beg. 1-6-92...by 12-6-91 all parties shall provide full discovery, the govt shall provide deft w/exculpatory evidence, govt shall provide Jencks Act material... by 12-13-91 all PT mtns shall be filed...by 12-20-91 govt's response to PT mtns shall be filed...by 12-27-91 reply by defts shall be filed...by 12-27-91 all PT materials shall be filed...final PT conf set for 1-3-92 at 3 pm (See order for specifics). Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (Dkt. 8-2-91).    AJF/gj | | | | |

SEE NEXT PAGE

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

| UNITED STATES DISTRICT COURT | | | |
|---|---|---|---|
| CRIMINAL DOCKET | SALAZAR-CAVAZOS, RICARDO | PG 4 | CR3-90-034-G |
| AO 256A | | | |

| DATE | PROCEEDINGS (continued) — (Document No.) | V. EXCLUDABLE DELAY (a) (b) (c) (d) |
|---|---|---|
| **1991** | | |
| AUG 5 | AMENDED AGREED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(B)(ii) (Govt).                                                                gj | |
| AUG 5 | **AMENDED ORDER**...that this case is continued and is rescheduled and set for trial on 1-6-92 at 9 am. Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 8-7-91).                                         AJF/gj | |
| Nov 27 | **MOTION TO AMEND CONDITIONS OF RELEASE AS TO TRAVEL**   dh | |
| all | ORDER that the conditions of Release are amended to allow the deft. to travel to Monterray, mexico, with the trip taking no logner than 4 days...the def.t will notify his pretrial officer of the date of departure & upon his return.                         AJF/dh copies to counsel, pt, prob. US Marshal | |
| Dec 17 | **M.E.** REARRAIGNMENT - Deft. Sworn with attny Tim Evans. Ct read Ct. 34 of Indict into record; P.A & FR approved and ordered.                                            gs

PLEA AGREEMENT.                                          gs

FACTUAL RESUME.                                          gs | |
| Dec 20 | **AMENDED SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)**... the order of 12-19-91 is VACATED and the PSI is due by 1-21-92; Objections to the PSI or written statement adopting the findings of the PSI due by 1-28-92 if objections addendum is due by 2-11-92 and objections to addendum due by 2-18-92 and sentencing is scheduled at 1:45 pm on 2-25-92.   Dist 12-23-91 dkt 12-26-91.             AJF/gs | |
| **1992** JAN 10 New sent t | ORDER...Court's order setting sentencing is vacated. New sentencing date will be set at the conclusion of trial on remaining defts. Cpy Judge,AUSA,PT,PB,USM,Cnsl,Marie/dkt 1-13-92   AJF:Svc | |
| FEB 25 | **SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)**... PSI by 3-24-92; written obj to PSI by 4-7-92; addendum by noon 4-14-92; written Obj to addendum by 4-21-92 & Sentencing set for 4-28-92 @ 1:45 cpy Judge,AUSA,PT,PB,USM,Cnsl,Ester/dkt 2-26-92   AJF:svc | |
| MAR 2 | **AMENDED SCHEDULING ORDER FOR SENTENCING UNDER LOCAL RULE 10.9 (GUIDELINES SENTENCING)**... PSI by 3-24-92; written obj to PSI by 4-7-92; addendum by noon 4-14-92; written Obj to addendum by 4-21-92 & Sentencing set for 4-29-92 @ 1:45 cpy Judge,AUSA,PT,PB,USM,Cnsl,Ester/dkt 3-6-92   AJF:svc | |

**SEE NEXT PAGE**

| UNITED STATES DISTRICT COURT | | | | | |
|---|---|---|---|---|---|
| CRIMINAL DOCKET  *U. S. vs* RICARDO SALAZAR-CAVAZOS  Page 5 | | | CR3-90-034-G | | |
| AO 256A | | | Yr. | Docket No. | Def. |
| DATE | PROCEEDINGS (continued) —(Document No.) | | V. EXCLUDABLE DELAY | | |
| | | | (a) | (b) | (c) (d) |
| 1992 | | | | | |
| Apr 7 | DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT.   gs | | | | |
| Apr 8 | GOVERNMENT'S OBJECTIONS TO PRE-SENTENCE REPORT   gs. | | | | |
| Apr 14 | GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE PURSUANT TO SECTION 5K.1 OF THE SENTENCING GUIDELINES AND TITLE 18, UNITED STATES CODE, SECTION 3553 (e)   mr | | | | |
| Apr 29 | MIN ENTRY...Deft. sentenced.   AJF/dh  JUDGMENT IN A CRIMINAL CASE ... Deft. sent. on count 34 of the 2nd supersed indictment on 4/29/92 to 5 years probation with 2 special conditions...pay a fine in the sum of $17,500 at a rate to be determined by the probation office...remaining counts as to this deft. are dismissed...pay $50 MSA. dkt'd 5/4/92   AJF/dh copies to counsel,pt,prob.,marshal & EV | | | | |
| Apr 21* | GOVTS. STATEMENT RE ADDENDUM TO PRESENT. REPORT.   dh | | | | |
| 1996 | | | | | |
| MAY 31 | *MEXICAN PASSPORT #B0849217 (expired) owned by Ricardo Salazar-Cavazos, returned to Department of State Visa Office.*   aj | | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

# CRIMINAL DOCKET - U.S. District Court

**CR 3-90-034-G**     AUG 31 1993

Case Filed: 2-15-90
Docket No. 00034  Def. 21 / 20

PO 0539 03 3918
Misd. □
Felony ☒  District  Off  Disp./Sentence 1918  Judge/Magistr.
☐ JUVENILE  ☐ ALIAS
OFFENSE ON INDEX CARD

RIVERA-PINON, JESUS EMILIO a/k/a El Charrito

3998
*42 No. of Def's
U.S. MAG. CASE NO.

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute Cocaine, a Schedule II controlled subst. Ct. 1 (8/86-11/89) | 1 | |
| 21:843(b) | Use of a telephone to facilitate the distribution of Cocaine. Ct.55, 56(4-7-89) Cts.57,58(4-10-89) Ct.59(4-12-89) Cts.61,62 (4-13-89) Ct.64(4-15-89) Ct.65(4-16-89) Ct.83(5-31-89 Ct.84(6-1-89) Ct.85(6-2-89) Ct. 87(6-3-89) Cts.88,90(6-5-89) Cts.92,93(6-7-89) Ct.96(6-7-89) Ct. 98 (6-11-89) Ct.99(6-15-89)Ct.100 (6-21-89) Ct.102(6-26-89) Ct.105(7-1-89) CT.106(7-3-89) CT.108(7-7-89) Ct.111 (7-10-89) Ct.112(7-11-89) Ct.115(7-15-89) Ct.117(7-19-89) | | |

See page 1B Superseding Indictment

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE** — KEY DATE / EARLIEST OF
- ☐ arrest
- ☐ sum'ns
- ☐ custody
- ☐ appears-on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
KEY DATE: 12-12-90  APPLICABLE
- ☒ Indictment filed/unsealed
- ☐ consent to Msgr. trial on complaint
- ☐ Information
- ☐ Felony-W/waiver

KEY DATE: 7-10-91 / 11-15-90
- a) ☐ 1st appears on pending charge /R40
- b) ☐ Receive file R20/21
- c) ☒ Supsdg. ☒ Ind ☐ Inf
- d) ☐ Order New trial
- e) ☐ Remand f) ☐ G/P Withdrawn

**END INTERVAL TWO** — KEY DATE / APPLICABLE
- ☒ Dismissal
- ☒ Pled guilty ☐ After N.G.
- ☐ Nolo ☐ After nolo
- ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 8-4-93 | SENTENCE DATE | PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion ☐ on gov't ☒ motion

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. |
| Summons | Issued / Served | | |
| Arrest Warrant Issued COMPLAINT ▶ | 2/16/89 | HBS/3914 |

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled / Date Held
☐ WAIVED ☐ NOT WAIVED  Tape Number
☐ INTERVENING INDICTMENT

INITIAL/NO.  OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information: See attached page for other defts.

RULE 20 21 40  In Out

## IV. ATTORNEYS

U.S. Attorney or Asst.: Mark D. McBride, AUSA.

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

### BAIL ● RELEASE

**PRE-INDICTMENT**
Release Date
☐ Bail Denied  ☐ Fugitive  ☐ Pers. Rec.  ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep. ☐ Surety Bnd
Date Set
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty  ☐ Other

**POST-INDICTMENT**
Release Date
☐ Bail Denied  ☐ Fugitive  ☐ Pers. Rec.  ☐ PSA
AMOUNT SET $
Conditions: ☐ 10% Dep. ☐ Surety Bnd
Date Set
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty  ☐ Other

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE<br>DOCUMENT NO. | V. PROCEEDINGS | EXCLUDABLE DELAY<br>Start Date / End Date | Ltr. Code | Total Days |
|---|---|---|---|---|
| **1990** | | | | |
| Feb 15 | **INDICTMENT (Sealed)** gs | | | |
| Feb 19 | Issued WARRANT FOR ARREST. gs | | | |
| Nov 15 | **SUPERSEDING INDICTMENT** (Supersedes Indictment filed on February 15, 1990) gs | | | |
| Nov 19 | Issued WARRANT FOR ARREST. gs | | | |
| Dec 11 | GOVERNMENT'S MOTION TO DISMISS ns | | | |
| Dec 11 | **ORDER**...that the original indictment filed on February 15, 1990 is hereby DISMISSED pursuant to the superseding indictment filed on November 15, 1990.<br>    Dist 12/14 - dkt 12/14/90 gs | | | |
| Dec 12 | MOTION TO UNSEAL (Govt.) gs | | | |
| | **ORDER**...that this indictment is unsealed as to this defendant.<br>    Dist 12/13 - dkt 12/14/90. AJF/gs | | | |
| **1991** | | | | |
| Jan 15 | **ORDER**...the govt motion requesting a continuance of trial is GRANTED and trial is set for 9-3-91.<br>    dist 1-17/dkt 1-17-91. AJF/gs | | | |
| JUL 10 | **SUPERSEDING INDICTMENT** (Supersedes superseding indictment of 11-15-90). gj | | | |
| JUL 12 | Issued WARRANT FOR ARREST . gj | | | |
| JUL 15 | MOTION TO UNSEAL (Govt). gj | | | |
| | **ORDER TO UNSEAL**...that the superseding indictment filed 7-10-91 is unsealed as to the named defts only.<br>Copy to Judge, AUSA, PT, PB, USM, cnsl, Marie. (dktd 7-19-91). AJF/gj | | | |
| JUL 24 | USM RETURN ON WARRANT FOR ARREST (Issued 11-16-90)... returned unexecuted per superseding warrant signed 7-12-91. gj | | | |
| **1993** | | | | |
| May 11 | Placed on 3998 status per memo from S Sharp cb | | | |
| Aug 4 | **SEALED MOTION** cb | | | |
| | **SEALED ORDER** cb | | | |

CONTINUED TO PAGE

| CRIMINAL DOCKET | | | | | | Mo. | Day | Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | WRIT | VS. | | | | 00034 | |
| PO. ☐ | | Assigned | | ☐ JUVENILE | ● RIVERA-PINON JESUS EMILIO a/k/a | | | | | |
| Misd. ☐ | | | Disp./Sentence | ☐ ALIAS | | No. of | | | | |
| Felony ☐ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | Page 1A | Def's ● | U.S. MAG. CASE NO. ▶ | | | |

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| | Ct.128 (8-2-89) CT. 129(8-3-89) Ct.133(8-21-89) Ct. 137 | | |
| | (8-22-89) CT. 143(8-24-89) Ct. 145(8-25-89) Ct.149 (8-25 | | |
| | -89) Cts. 152,153(8-26-89) Ct. 165(8-30-89) Ct.172(9-1- | | |
| | 89) Cts.176,177 (9-2-89) Ct.181(9-5-89) Ct.182(9-6-89) | | |
| | Ct.187 (9-8-89) Ct.192(9-10-89) Ct.193(9-11-89) Ct.194 | | |
| | (9-11-89) Ct.196(9-12-89) Ct.199(9-16-89) Ct. 202 (9-17 | | |
| | -89) Ct. 206(9-18-89) Ct.*101(6-24-89) | 53 | ☒ |
| 21:841(1)(1) & | Distribution of Cocaine, a Schedule II controlled subst. | | |
| 18:2 | and Aiding and abetting. Ct. 67 (4-19-89) Ct.130 (8-3- | | |
| | 89) Ct. 144(8-24-89) | 3 | ☒ |
| 18:371 | Conspiracy to transportation of monetary instruments/ | 1 | |
| | funds outside of the US. Ct.224 (8/86-11/89) | | |

### II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE — APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver

KEY DATE: a)☐ 1st appears on pending charge /R40  b)☐ Receive file R20/21  c)☐ Supsdg: ☐ Ind ☐ Inf  d)☐ Order New trial  e)☐ Remand  f)☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE — APPLICABLE: ☐ Dismissal  Pled ☐ guilty ☐ After N.G.  ☐ Nolo ☐ After nolo  ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|---|

### III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
|---|---|---|---|---|---|---|---|
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | |
| Arrest Warrant Issued COMPLAINT ▶ | | 2/16/89 | HBS/3914 | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
See attached page for other defts.

RULE 20 21 40 In Out

### ATTORNEYS — U.S. Attorney or Asst.

Mark D. McBride, AUSA.

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

BAIL ● RELEASE

PRE-INDICTMENT / POST-INDICTMENT: Release Date, Bail Denied, Amount Set, Date Set, Bail Not Made, Date Bond Made; Fugitive, Pers. Rec., PSA, Conditions (10% Dep., Surety Bnd, Collateral, 3rd Prty, Other)

### IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

**CRIMINAL DOCKET — U.S. District Court**  3:90-CR-0034-G

RIVERA-PINON, JESUS EMILIO a/k/a El Charrito — Page 1B

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | SUPERSEDING COUNTS |
|---|---|---|---|
| **SUPERSEDING INDICTMENT 11-15-90** | | | |
| 21:846 | Conspiracy to the possession with intent to distribute Cocaine, A Schedule II controlled substance. Ct. 1 (August 30-1986 thru 11-15-90) | | 1 |
| 21:843(b) | Use of telephone to facilitate felony drug violations. Ct.37(4-15-89) CT.38(4-16-89) Ct.46(6-5-89) Ct. 48(6-5-89) Ct. 50(6-7-89) CT.52(6-7-89) Ct.53(6-15-89) Ct.54(6-26-89) Ct.58(7-15-89) Ct.66(8-2-89) Ct.67(8-3-89) Ct.74(8-24-89) Ct.79(8-25-89) Ct.82(8-26-89) Ct.83(8-26-89) Ct.88(8-30-89) Cts 96,97(9-2-90) Ct.102(9-8-89) Cts.107,108(9-11-89) Cts 113,114(9-17-89) | | 23 |

continued on page 1C

## II. KEY DATE

(Interval One / End One and/or Begin Two / End Interval Two — blank)

## III. MAGISTRATE

(blank)

## IV. ATTORNEYS / NAMES & ADDRESSES

(blank)

**BAIL & RELEASE** — PRE-INDICTMENT / POST-INDICTMENT (blank)

**FINE AND RESTITUTION PAYMENTS** (blank)

Docket Entries Begin On Reverse Side

| | CRIMINAL DOCKET · U.S. District Court | | | | | | | Case Filed Mo. Day Yr. | Docket No. | Def. |
|---|---|---|---|---|---|---|---|---|---|---|
| PO | ☐ | | Assigned | ☐ WRIT | LAST, FIRST, MIDDLE | RIVERA-PINON JESUS EMILIO a/k/a | | | 00034 | 20 |
| Misd. | ☐ | | Disp./Sentence | ☐ JUVENILE ☐ ALIAS | | El Charrito | | No. of Def's | U.S. MAG. CASE NO. | |
| Felony | ☐ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD | | Page 1C | | | |

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. | N.G. | GUILTY |
|---|---|---|---|---|---|
| 18:371 | Conspiracy to transport funds outside the U.S. Ct. 128 (8-30-86 thru 11-15-90) | 1 | | ✗ | |
| **SUPERSEDING INDICTMENT 7-10-91** | | | | | |
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute cocaine, a Schedule II controlled subst. Ct. 1 (8-30-86 thru 11-15-90). | 1 | | ✗ | |
| 21:843(b) | Use of telephone to facilitate distribution of cocaine, A Schedule II controlled subst. Ct. 37 (4-15-89), Ct. 38 (4-16-89), Cts 46, 48 (6-5-89), Cts 50, 52 (6-7-89), Ct 53 (6-15-89), Ct 56 (7-15-89), Ct 62 (8-2-89), Ct 63 (8-3-89), Ct 70 (8-24-89), Ct 75 (8-25-89), Cts 78,79 | | | | |

See Page 1D

SUPERSEDING COUNTS

**II. KEY DATE** — INTERVAL ONE / END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) / END INTERVAL TWO

**III. MAGISTRATE**

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

Defense: 1 ☐ CJA.   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

BAIL • RELEASE — PRE-INDICTMENT / POST-INDICTMENT

APPEALS FEE PAYMENTS

# CRIMINAL DOCKET · U.S. District Court

**89 CR 0034**

| | |
|---|---|
| PO ☐ | |
| Misd. ☐ | |
| Felony ☐ | |

JUVENILE ☐
ALIAS ☐
OFFENSE ON INDEX CARD ☐

RIVERA-PINON, JESUS EMILIO
aka El Charrito

**PAGE 1D**

Case Filed: Mo. 2 Day 15 Yr 90
Docket No. 00034
Def. 20

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG |
|---|---|---|---|
| | (8-26-89), Ct 84 (8-30-89), Cts 92,93 (9-2-89), Ct 98 (9-8-89), Cts 103,104 (9-11-89), Ct 108 (9-17-89). | 21 | ☒ |
| 21:841(a)(1) & 18:2 | Aiding & Abetting in the distribution of cocaine, a Schedule II controlled subst. Ct 41 (4-19-89), Ct 64 (8-3-89), Ct 71 (8-24-89). | 3 | ☒ |
| 18:371 | Conspiracy to transport funds outside of the U.S. Ct. 122 (8-30-86 thru 7-10-91) | 1 | ☒ |

## II. KEY DATE

INTERVAL ONE — KEY DATE EARLIEST OF: arrest / sum'ns / custody / appears on complaint

END ONE AND/OR BEGIN TWO — KEY DATE APPLICABLE: Indictment filed/unsealed / consent to Magr. trial on complaint / Information / Felony-W/waiver

KEY DATE: a) 1st appears on pending charge /R40  b) Receive file R20/21  c) Supsdg: Indt Inf  d) Order New trial  e) Remand  f) G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: Dismissal / Pled guilty / Nolo / Trial (voir dire) began / Jury / N.J. / After N.G. / After nolo

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD / Nolle Pros. | FINAL CHARGES DISMISSED: on S.T. grounds / W.P. / WOP / on def motion / on gov't motion

## III. MAGISTRATE

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION OR REMOVAL HEARING: Date Scheduled / Date Held
WAIVED ☐  NOT WAIVED ☐
INTERVENING INDICTMENT ☐
Tape Number

OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

RULE: 20 / 21 / 40 / In / Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS — U.S. Attorney or Asst.

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self  5 ☐ Non/Other  6 ☐ PD  7 ☐ CD

### BAIL · RELEASE

**PRE-INDICTMENT**
Release Date
Bail Denied ☐  Fugitive ☐  Pers. Rec. ☐  PSA ☐
AMOUNT SET $
Date Set
Conditions: 10% Dep. ☐ / Surety Bnd ☐
Bail Not Made ☐  Collateral ☐
Date Bond Made  3rd Prty ☐ / Other ☐

**POST-INDICTMENT**
Release Date
Bail Denied ☐  Fugitive ☐  Pers. Rec. ☐  PSA ☐
AMOUNT SET $
Date Set
Conditions: 10% Dep. ☐ / Surety Bnd ☐
Bail Not Made ☐  Collateral ☐
Date Bond Made  3rd Prty ☐ / Other ☐

## FINE AND RESTITUTION PAYMENTS

Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

# CRIMINAL DOCKET - U.S. District Court

**CR 3-90-034-GA**

| | | | | |
|---|---|---|---|---|
| PO ☐ | 0539 | 03 | 3918 | |
| Misd. ☐ | | | | |
| Felony ☒ | District | Off | Judge/Magistr. | |

JUVENILE ☐  ALIAS ☐  • ZUNIGA, ALFREDO a/k/a Primo

Case Filed: 2/15/90  Docket No. 00034  Def. 22 / 21

No. of Def's: 42 / 48

OCT 3 1 1996

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. |
|---|---|---|---|
| 21:846 | Conspiracy, pertaining to the possession with intent to distribute Cocaine, a Schedule II controlled subst. Ct. 1 (8/86-11/89) | 1 | X |
| 21:843(b) | Use of a telephone to facilitate the distribution of Cocaine. Ct22(2-23-89) Ct. 24 (2-23-89) Ct. 26 (2-23-89) Ct.28(2-23-89)Ct.38(3-10-89)Ct.43(3-11-89) | 6 | X |
| 21:841(a)(1) & 18:2 | Distribution of Cocaine, a Schedule II controlled Subst. Ct. 27 (2-23-89) and aiding and abetting. | 1 | X |
| 21:841(a)(1) & 18:2 | Distribution of Cocaine, a Schedule II controlled subst. & aiding and abetting in same Ct. 41(3-11-89) | 1 | X |

**SUPERSEDING INDICTMENT 11-15-90    See page 1A**

## II. KEY DATE

- INTERVAL ONE — KEY DATE EARLIEST OF: arrest / sum'ns / custody / appears—on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE 12-12-90 APPLICABLE: ☒ Indictment filed/unsealed
- KEY DATE 7-10-91 / 11-15-90: c) Supsdg. Indt
- END INTERVAL TWO — KEY DATE 10-3-96 APPLICABLE: ☒ Dismissal, Pled guilty

DISPOSITION DATE: 10-3-96

FINAL CHARGES DISMISSED: on gov't motion

## III. MAGISTRATE

Arrest Warrant Issued: 2/16/90   HBS/3914

See attached page for other defts.

## ATTORNEYS

U.S. Attorney or Asst.: Mark D. McBride, AUSA.